AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21cv4042

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mike "Doe"**
was received by me on *(date)* **7/20/21**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ or usual place of ~~abode~~ **business** with *(name)* **Carlos "Doe", Co-worker**, a person of suitable age and discretion who ~~resides~~ **works** there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **7/23/21**

*Server's signature*

**Michael Del Core**
*Printed name and title*

**106-06 24th Rd Whitestone NY 11357**
*Server's address*

Additional information regarding attempted service, etc:
Male, black, black, 62, 6'1"-6'5, over 250 glasses