UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

VERNON JONES, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

Plaintiffs,

-against-

QUESTFLEET LCC. MIKE "DOE" and RAYMOND "DOE",

Defendants.

Case No.: 21CV4042

**CERTIFICATION OF RAYMOND PICHARDO**

I, Raymond Pichardo, hereby certify the following facts with regard to Vernon Jones, an independent contractor engaged by my company.

I am the Manager of Quest Fleet LLC and I make this certification in response to certain allegations made by Mr. Jones regarding alleged retaliation by Quest Fleet. On December 15, the evening before the mediation, we received a letter from plaintiff's counsel claiming that Mr. Jones was being intentionally retaliated against in that on one day he had been requested to deliver packages that apparently would have required a straight truck which he does not own or operate. This will confirm that the dispatching and proposed routes were requested in error by the dispatcher working for one of our clients. Quest Fleet had nothing whatsoever to do with the routes he was offered at that time. Furthermore, we had no knowledge of those facts except for the letter we received from Plaintiff's counsel the night before the mediation.

In addition, this will confirm that Mr. Jones has been offered routes for our clients on a daily basis since he began performing services for Quest Fleet. Attached is a copy of Mr. Jones' settlement report which confirms that Mr. Jones has been working on a consistent basis, making routes for our clients. Mr. Jones has been offered routes on a daily basis and will continue to be offered routes on a daily basis. It always solely Mr. Jones' decision as to whether or not he wants to perform services on any particular day. There is not and has never been retaliatory conduct imposed on Mr. Jones at any time.

_____
Name: Raymond Pichardo
Title: Manager



**ASG**

*333 Glens st Suite 801 - Glens Falls, NY 12801*
*PH: (518) 746-4065*
*Fax: 855-329-4277*

***SUMMARY SETTLEMENT I/C DETAIL***

Year: 2021
Starting PP: 35
Ending PP: 52

| PPE | Pay Date | Payment | Deductions | Misc | Net | Check # | Bank | |
|---|---|---|---|---|---|---|---|---|
| **3957** | **QUESTFLEET, LLC** | | | | | | | |
| **1886 - Vernon Jones -** | | | | | | | | |
| PPE: 35 | 09/01/2021 | $720.00 | $33.25- | $0.00 | $686.75 | 99999999 | Direct Deposit | |
| PPE: 36 | 09/08/2021 | $660.00 | $33.25- | $0.00 | $626.75 | 99999999 | Direct Deposit | |
| PPE: 37 | 09/15/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 38 | 09/22/2021 | $520.00 | $33.25- | $0.00 | $486.75 | 99999999 | Direct Deposit | |
| PPE: 38 | 09/23/2021 | $520.00- | $33.25 | $0.00 | $486.75- | -99999999 | TD Bank National Association | ** *ADJ* ** |
| PPE: 38 | 09/24/2021 | $520.00 | $33.25- | $0.00 | $486.75 | 99999999 | Direct Deposit | ** *ADJ* ** |
| PPE: 38 | 09/23/2021 | $520.00- | $33.25 | $0.00 | $486.75- | -99999999 | TD Bank National Association | ** *ADJ* ** |
| PPE: 38 | 09/24/2021 | $520.00 | $33.25- | $0.00 | $486.75 | 99999999 | Direct Deposit | ** *ADJ* ** |
| PPE: 39 | 09/29/2021 | $630.00 | $33.25- | $0.00 | $596.75 | 99999999 | Direct Deposit | |
| PPE: 40 | 10/06/2021 | $520.00 | $33.25- | $0.00 | $486.75 | 99999999 | Direct Deposit | |
| PPE: 41 | 10/13/2021 | $640.00 | $33.25- | $0.00 | $606.75 | 99999999 | Direct Deposit | |
| PPE: 42 | 10/20/2021 | $630.00 | $33.25- | $0.00 | $596.75 | 99999999 | Direct Deposit | |
| PPE: 43 | 10/27/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 44 | 11/03/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 44 | 11/03/2021 | $60.00 | $1.00- | $0.00 | $59.00 | 99999999 | Direct Deposit | ** *ADJ* ** |
| PPE: 45 | 11/10/2021 | $480.00 | $33.25- | $0.00 | $446.75 | 99999999 | Direct Deposit | |
| PPE: 46 | 11/17/2021 | $480.00 | $33.25- | $0.00 | $446.75 | 99999999 | Direct Deposit | |
| PPE: 47 | 11/24/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 48 | 12/01/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 49 | 12/09/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 50 | 12/15/2021 | $720.00 | $33.25- | $0.00 | $686.75 | 99999999 | Direct Deposit | |
| PPE: 51 | 12/22/2021 | $600.00 | $33.25- | $0.00 | $566.75 | 99999999 | Direct Deposit | |
| PPE: 52 | 12/29/2021 | $120.00 | $27.75- | $0.00 | $92.25 | 99999999 | Direct Deposit | |
| | **Total # of Checks: 23** | **$10,380.00** | **$594.00-** | **$0.00** | **$9,786.00** | | | |

*ASG*

Administrative Support Group, LLC
855-277-1099

Vernon Jones

Pay Period: 1
Pay Period Start Date: 12/20/2021
Pay Period End Date: 12/26/2021

Direct Deposit

Check Number:  Direct
Date:  1/5/2022

**\*\*VOID\*\***

Social Security Number:  XXX-XX-

| | AMOUNT | | YEAR-TO-DATE | |
|---|---|---|---|---|
| **SETTLEMENT** | **$480.00** | YTD 1099 I/C Service Income | | $480.00 |
| **DEDUCTIONS** | | | | |
| ASG Admin Fee | ($1.00) | | ($1.00) | $0.00 |
| NICA Fee - A | ($32.25) | | ($32.25) | $0.00 |
| **DIRECT DEPOSIT AMOUNT** | $446.75 | *Deposited into THE BANCORP.COM* | | |
| **TOTAL PAY** | $446.75 | | | |