# LEVIN-EPSTEIN & ASSOCIATES, P.C.
_____

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

April 5, 2022

**_Via Electronic Filing_**

The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Jones v. Questfleet LLC et al*
       Case No.: 1:21-cv-04042-CBA-TAM

Dear Honorable Magistrate Judge Merkl:

This law firm represents Plaintiffs Vernon Jones and Khalil Moses (together, the "Plaintiffs") in the above-referenced action.

Pursuant to Your Honors' March 17, 2022 Order [3/17/2022 Docket Entry] this letter respectfully serves to renew Plaintiffs' Motion to Compel, original filed on March 14, 2022 [Dckt. No. 39].

Pursuant to the Court's directives that Defendants Questfleet LLC, Mike "Doe", and Raymond Pichardo (collectively, the "Defendants") provide supplemental discovery responses on or before March 22, 2022, and Defendants' representations to the same, as of the date of this letter, Plaintiff have not been provided *any* supplemental responses.

Counsel for both parties held telephonic meet-and-conferral calls on March 14, 2022, March 15, 2022, March 18, 2022 and April 5, 2022.

The undersigned counsel also sent multiple, courtesy, email reminders to Defendants' counsel on March 29, 2022, March 30, 2022, March 31, 2022 and April 5, 2022. Defendants' counsel did not respond to a single email. True and correct copies of the aforementioned emails are attached hereto as **Exhibit "A"**.

During the most recent telephonic meet-and-conferral held on April 5, 2022, Defendants' counsel represented that he did not intend to supplement *any* responses until after the settlement conference currently scheduled for April 12, 2022. As Your Honor may recall, the Court denied Defendants', justified, request during the March 2, 2022 status conference. [*See* 3/02/2022 Minute Entry and Order]. Defendants', justified, request also fails to acknowledge Defendants' previous representations to the contrary, captured in the parties' March 16, 2022 joint status letter. [*see* Dckt. No. 40].

As set forth more fully in Plaintiffs' March 11, 2022 deficiency letter, attached hereto as **Exhibit "B"**, Defendants' existing production is grossly deficient because:

1. Defendants' production acknowledges the existence of other responsive information and  documents, which are being withheld.

1

2. Defendants' production fails to provide *any* responsive information as to other transport route drivers employed by Defendants.

3. Defendants have refused to respond to *any* of Plaintiff's First Set of Interrogatories.

4. Defendants have refused to verify their responses to Plaintiff's First Set of Interrogatories.

5. Defendants' responses were blanketed with improper general objections.

6. Certain of Defendants' responses contain materially false representations, in violation of Fed.R.Civ.P. 26(g)(3).

It is respectfully requested that the Court compel Defendants to  (i) produce supplemental responses to Plaintiff's First Set of Interrogatories, *without objections*; (ii) produce supplemental responses to Plaintiff's First Request for the Production of Documents, *without objections*; (iii) together with such further and other relief as the Court may deem just and reasonable.[1]

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

Thank you, in advance, for your time and consideration.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By:    */s/ Jason Mizrahi*
Jason Mizrahi
60 East 42nd Street, Suite 4747
New York, NY 10170
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

VIA ECF: All Counsel

---

[1] Notwithstanding the status of Defendants' deficient discovery responses, Plaintiffs remain prepared to move forward with the Settlement Conference currently scheduled for April 12, 2022.