UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Vernon Jones, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

             - against -

Questfleet LLC, Mike "Doe", and Raymond Pichardo,

                              *Defendants.*
-----------------------------------------------------------X

Case No.: 1:21-cv-04042

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Defendants Questfleet LLC, Mike "Doe", and Raymond Pichardo, (collectively, the "Defendants"), by their undersigned counsel, agree and stipulate with Plaintiff Vernon Jones opt-in Plaintiff Khalil Moses (together, the "Plaintiffs"), by their undersigned counsel, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties that no party hereto is an infant or incompetent person for whom a committee has been appointed and no non-party has an interest in the subject matter of the action;

IT IS FURTHER STIPULATED AND AGREED that the settlement agreement executed on or around June 24, 2022 is fair and reasonable, and adequate to redress Plaintiffs' claims in this action;

IT IS FURTHER STIPULATED AND AGREED that in accordance with Rule 41 of the Federal Rules of Civil Procedure and *Cheeks v. Freeport Pancake House. Inc.*, 796 F.3d 199 (2d Cir. 2015), this action is dismissed with prejudice in its entirety;

IT IS FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction over this matter solely for the purposes of enforcement of the parties' settlement agreement; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals;

Dated:  New York, New York
        July 28, 2022

| LEVIN-EPSTEIN & ASSOCIATES, P.C. | JASINSKI, P.C. |
|---|---|
| By: _____ <br> Jason Mizrahi <br> 60 East 42nd Street, Suite 4700 <br> New York, NY 10165 <br> Tel. No.: (212) 792-0048 <br> Email: Jason@levinepstein.com <br> *Attorneys for Plaintiffs* | By: _____ <br> Erin L. Henderson <br> Two Hance Avenue, 3d Floor <br> Tinton Falls, NJ 07724 <br> Tel. No.: (973) 824-9700 <br> Email: ehenderson@jplawfirm.com <br> *Attorneys for Defendants* |

**SO ORDERED THIS \_\_\_1\_\_\_ DAY OF \_\_\_\_August_____, 2022**

*Taryn A. Merkl*
_____
Hon. Taryn A. Merkl
U.S.M.J.